

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **GERALD WILLIAM FILICE** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | Eastern District of California |
| Case number (If known) | 18-27032 |

☐ Check if this is an amended filing

FILED NOV -7 2018 UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA

## Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
Creditor's Name: CHARLES ENEA
c/o Sanford Cipinko
55 Franklin, Ste. 403
San Francisco, CA 94133

What is the nature of the claim? **judgment**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

$ 75,000.00

**2**
Creditor's Name: State Bar of Calif.
180 Howard Street
San Francisco, CA 94105

What is the nature of the claim? **Bar fees and costs**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

$ 25,000.00

Official Form 104   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

| Debtor 1 | GERALD WILLIAM FILICE | Case number (if known) |
|---|---|---|
| | First Name　Middle Name　Last Name | |

**Unsecured claim**

**3** MATTHEW PAPIERNIAK
Creditor's Name
c/o Bottomline Lawyers
Number　Street
P.O. Box 237

Auburn　　CA　95604
City　　State　ZIP Code

Contact

Contact phone

What is the nature of the claim? **Judgment**　　　$ 20,000.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):　$ _____
　　　　Value of security:　− $ _____
　　　　Unsecured claim　　$ _____

**4** IRS
Creditor's Name

Number　Street

City　　State　ZIP Code

Contact

Contact phone

What is the nature of the claim? **tax, penalties, interest**　$ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured):　$ _____
　　　　Value of security:　− $ _____
　　　　Unsecured claim　　$ _____

**5** FRANCHISE TAX BOARD
Creditor's Name

Number　Street

City　　State　ZIP Code

Contact

Contact phone

What is the nature of the claim? **tax, penalties, interest**　$ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured):　$ _____
　　　　Value of security:　− $ _____
　　　　Unsecured claim　　$ _____

**6**
Creditor's Name

Number　Street

City　　State　ZIP Code

Contact

Contact phone

What is the nature of the claim? _____　$ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):　$ _____
　　　　Value of security:　− $ _____
　　　　Unsecured claim　　$ _____

**7**
Creditor's Name

Number　Street

City　　State　ZIP Code

Contact

Contact phone

What is the nature of the claim? _____　$ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):　$ _____
　　　　Value of security:　− $ _____
　　　　Unsecured claim　　$ _____

Official Form 104　　For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　page 2

Debtor 1  **GERALD WILLIAM FILICE**        Case number (if known)_____
      First Name   Middle Name   Last Name

**Unsecured claim**

**8**

Creditor's Name _____

Number  Street _____

_____

City  State  ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

**9**

Creditor's Name _____

Number  Street _____

_____

City  State  ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

**10**

Creditor's Name _____

Number  Street _____

_____

City  State  ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

**11**

Creditor's Name _____

Number  Street _____

_____

City  State  ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

**12**

Creditor's Name _____

Number  Street _____

_____

City  State  ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

Debtor 1    **GERALD WILLIAM FILICE**        Case number (*if known*) _____
      First Name    Middle Name    Last Name

**Unsecured claim**

### 13

Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code
Contact _____
Contact phone _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
     Value of security:    − $_____
     Unsecured claim    $_____

### 14

Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code
Contact _____
Contact phone _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
     Value of security:    − $_____
     Unsecured claim    $_____

### 15

Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code
Contact _____
Contact phone _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
     Value of security:    − $_____
     Unsecured claim    $_____

### 16

Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code
Contact _____
Contact phone _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
     Value of security:    − $_____
     Unsecured claim    $_____

### 17

Creditor's Name _____
Number  Street _____
_____
City  State  ZIP Code
Contact _____
Contact phone _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
     Value of security:    − $_____
     Unsecured claim    $_____

Debtor 1    __GERALD  WILLIAM  FILICE__     Case number (if known)_____
                First Name      Middle Name     Last Name

                                                                                                            **Unsecured claim**

**18**

Creditor's Name

Number      Street

City                  State      ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):    $_____
           Value of security:    – $_____
           Unsecured claim      $_____

**19**

Creditor's Name

Number      Street

City                  State      ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):    $_____
           Value of security:    – $_____
           Unsecured claim      $_____

**20**

Creditor's Name

Number      Street

City                  State      ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $_____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):    $_____
           Value of security:    – $_____
           Unsecured claim      $_____

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ _____      ✗ _____
    Signature of Debtor 1                                   Signature of Debtor 2

    Date __11/07/2018__                                   Date _____
         MM / DD / YYYY                                        MM / DD / YYYY