# TIFFANY & BOSCO
#### P.A.

MEGAN E. LEES (SBN 277805)
mel@tblaw.com
ROBERT P. ZAHRADKA (SBN 282706)
rpz@tblaw.com
1230 Columbia Street, Suite 680
San Diego, CA 92101
Tel.: (619) 501-3503
Attorneys for Creditor: U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-HE9, Asset-Backed Certificates Series 2005-HE9

## UNITED STATES BANKRUPTCY COURT

### Eastern District of California - Sacramento Division

| | |
|---|---|
| In Re:<br><br>Eddie Ray Rainwater, Jr. and Jennifer Annette Rainwater,<br><br>      Debtors. | No. 18-24836<br><br>Chapter 7<br><br>REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MAILING LIST PURSUANT TO BANKRUPTCY RULES 2002, 9014 AND 7004 |

**TO: THE CLERK OF THE BANKRUPTCY COURT AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Tiffany & Bosco, P.A. has been retained by U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-HE9, Asset-Backed Certificates Series 2005-HE9 ("Creditor") in the above-referenced bankruptcy case. Creditor and Tiffany & Bosco, P.A. hereby request special notice of all matters relating to the property address located at 691 Farrington Lane, Lincoln, CA 95648 that must be noticed to creditors, the committee, or other parties in interest at the following addresses:

| | |
|---|---|
| **Select Portfolio Servicing, Inc.**<br>**PO Box 65250**<br>**Salt Lake City, Utah 84165-0250** | Tiffany & Bosco, P.A.<br>1230 Columbia Street<br>Suite 680<br>San Diego, CA 92101 |

1  Any appearances or filings of other documentation the instant case shall not constitute a waiver of Fed.R.Bankr. Rule 7004. The above parties must be served directly and Creditor does not authorize Tiffany & Bosco, P.A. to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

DATED: August 13, 2018                TIFFANY & BOSCO, P.A.
                                      BY /s/ Robert P. Zahradka
                                      Robert P. Zahradka (SBN 282706)
                                      Attorney for Creditor
                                      TB File #18-81285