Steele Lanphier - SBN: 146163
Lanphier & Associates
1860 Howe Ave Suite 330
Sacramento, CA 95825
Ph: 916 447-0222
E-mail: lanphierassociates@comcast.net

Attorney for Lisa Marie Gee

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>LISA MARIE GEE<br><br>, debtor | Case No. 18-23609<br>DCN: SLE-001<br>Chapter 13<br>Hearing Date: July 31, 2018<br>Hearing Time: 1:00 p.m.<br>Hon. Christopher D. Jaime<br>Courtroom 32 - Dept B, 6th Floor<br>501 I Street, Sacramento, CA 95814 |

## NOTICE OF HEARING ON MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES, STATEMENTS, AND OTHER NECESSARY DOCUMENTS

Steele Lanphier, attorney for Lisa Marie Gee, the Debtor, has filed a Motion for Order Extending Time to File Schedules, Statements and other necessary documents on this case, specifically extending the time to July 31, 2018. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to issue an Order extending the time to file these supplemental documents, or if you want the Court to consider your views on this matter, then no less than 14 days before the date of the hearing on this motion, you or your attorney must file with the Court a written response explaining your position at:

501 I Street - Ste 3-200
Sacramento, CA 95814

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it no less than 14 days before the date of the hearing on this motion. You must also mail a copy of any written and filed response to the Debtor's attorney at the address on the first page of this Notice of Hearing on Motion as well as:

| | |
|---|---|
| Jan P Johnson<br>PO Box 1708<br>Sacramento, CA 95812-1708 | Office of the US Trustee<br>501 I St - Ste 7-500<br>Sacramento, CA 95814 |

If you or your attorney do not take these steps, the Court may decide that you do not oppose this action and may grant the Motion, in some circumstances without even conducting an actual hearing.

Respectfully submitted on June 21, 2018

/s/ Steele Lanphier
Steele Lanphier
Lanphier & Associates