Michelle R. Ghidotti-Gonsalves, Esq. (232837)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottilaw.com

Attorneys for Creditor
Cenlar

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| In Re:<br><br>Lisa Marie Gee<br>    Debtor. | ) Case No.: 18-23609<br>)<br>) CHAPTER 13<br>)<br>) **REQUEST FOR SPECIAL NOTICE**<br>) |
|---|---|

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that THE LAW OFFICES OF MICHELLE GHIDOTTI, attorneys for Cenlar, hereby requests special notice of all events relevant to the above referenced bankruptcy and copies of all pleadings or documents filed in relation to the above referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

1　　THE LAW OFFICES OF MICHELLE GHIDOTTI, requests that for all notice purposes

2　and for inclusion in the Master Mailing List in this case, the following address be used:

3　　　　　　　　　　Michelle R. Ghidotti-Gonsalves, Esq.
　　　　　　　　　　LAW OFFICES OF MICHELLE GHIDOTTI
4　　　　　　　　　　1920 Old Tustin Ave.
　　　　　　　　　　Santa Ana, CA 92705
5　　　　　　　　Telephone (949) 427-2010 – Fax: (949) 427-2732
　　　　　　　　　　mghidotti@ghidottilaw.com
6

7　　　　Neither this Request for Special Notice nor any subsequent appearance, pleading, claim,

8　proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a

9　waiver of the within party's:

10　　　　a.　　Right to have any and all final orders in any and all non-core matters entered

11　only after de novo review by a United States District Court Judge;

12　　　　b.　　Right to trial by jury in any proceeding as to any and all matters so triable

13　herein, whether or not the same be designated legal or private rights, or in any case,

14　controversy or proceeding related hereto, notwithstanding the designation or not of such

15　matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial

16　right is pursuant to statute or the United States Constitution;

17　　　　c.　　Right to have the reference of this matter withdrawn by the United States

18　District Court in any matter or proceeding subject to mandatory or discretionary withdrawal;

19　and

20　　　　d.　　Other rights, claims, actions, defenses, setoffs, recoupments or other matters to

21　which this party is entitled under any agreements at law or in equity or under the United States

22　Constitution.

23　///

24　///

25　///

26　///

27　///

28　All of the above rights are expressly reserved and preserved by this party without exception and

**2**

REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATIONS OF RIGHTS

1  with no purpose of confessing or conceding jurisdiction in any way by this filing or by any
2  other participation in these matters.
3
4 　　　　　　　　　　　　　　　　　THE LAW OFFICES OF MICHELLE GHIDOTTI
5
6  Dated: July 2, 2018 　　　　　　　By:/s/ Michelle R. Ghidotti-Gonsalves, Esq.
　　　　　　　　　　　　　　　　　　　MICHELLE R. GHIDOTTI-GONSALVES
7 　　　　　　　　　　　　　　　　　　Attorneys for Cenlar

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**3**
REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATIONS OF RIGHTS

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
Kristin A. Zilberstein (SBN 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottilaw.com

Authorized Agent for Creditor
Cenlar

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 18-23609 |
| Lisa Marie Gee, | CHAPTER 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

| | |
|---|---|
| 1 | On July 2, 2018 I served the following documents described as: |
| 2 | |
| 3 | - **REQUEST FOR NOTICE** |
| 4 | on the interested parties in this action by placing a true and correct copy thereof in a sealed |
| 5 | envelope addressed as follows: |
| 6 | (Via United States Mail) |

| **Debtor** | **Chapter 13 Trustee** |
|---|---|
| Lisa Marie Gee | Jan P. Johnson |
| 1886 Pico Rivera Drive | PO Box 1708 |
| Roseville, CA 95747 | Sacramento, CA 95812 |
| | |
| **Debtor's Counsel** | **U.S. Trustee** |
| Steele Lanphier | Office of the U.S. Trustee |
| 1860 Howe Ave Suite 330 | Robert T Matsui United States Courthouse |
| Sacramento, CA 95825 | 501 I Street, Room 7-500 |
| | Sacramento, CA 95814 |

  xx    (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

  xx  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on July 2, 2018 at Santa Ana, California

/s / *Lora Amundson*
Lora Amundson

2
CERTIFICATE OF SERVICE