```
 1  JASON BORG - SBN 186173
     JASON BORG & ASSOCIATES, INC.
 2   9401 E. Stockton Blvd., Suite 225
 3   Elk Grove, CA 95624
     Telephone: (916) 478-4234
 4   Fax       : (916) 478-4236
 5
     Attorney for Debtor
 6
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TENA H. ROBINSON | CASE NO.   18-23365 |
| 　　　　Debtor, | Motion Control Number: JB-1 |
| _____/ | **DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO VALUE COLLATERAL - REAL PROPERTY OF BOSCO CREDIT, LLC** |
| | DATE: August 21, 2018<br>TIME: 3:00 pm<br>PLACE: Courtroom 33<br>Honorable: Ronald Sargis |

　　　　I, Tena Robinson, hereby declare as follows:

　　　　1.　　I filed a Chapter 13 on May 30, 2018 to reorganize my debts.

　　　　2.　　I own real property commonly known as 5611 34th Avenue, Sacramento, CA 95824.

　　　　3.　　I believe at the time of the filing of the Voluntary Petition for Bankruptcy the fair

Declaration of Debtor Motion to Value Collateral　　　　-1-

market value of the property was $237,000.00 and I determined the value of the property by doing internet research.

4. The total amount of unavoidable liens on the property is approximately $241,164.88 owed to the Specialized Loan Servicing, LLC as a first Deed of Trust.

5. The fair market value is     **$237,000.00**

    First Deed of Trust is     **-$241,164.88**

    Net Equity (Negative)     **-$4,164.88**

6. There is a second deed of trust against the real property owed to Bosco Credit, LLC in the approximate amount of $153,184.89.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 18, 2018, in Elk Grove, California.

/s/ Tena Robinson

_____
TENA ROBINSON

Declaration of Debtor Motion to Value Collateral     -2-