**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 18-13385 - A - 13
Maridette Taina Schloe,        ) Docket Control No. MHM-2
            Debtor.            ) Document No. 21
                               ) Date: 12/05/2018
                               ) Time: 9:00 AM
                               ) DEPT: A
```

**Order**

For the reasons stated on the record,

IT IS ORDERED that the motion is conditionally denied.

IT IS FURTHER ORDERED that not later than December 12, 2018, the debtor shall provide the State Tax Return for the year 2017 to the trustee or this case shall be dismissed on the trustee's declaration without further notice or hearing.

Dated: Dec 07, 2018

Fredrick E. Clement
United States Bankruptcy Judge

[21] - Motion/Application to Dismiss Case [MHM-2] Filed by Trustee Michael H. Meyer (smis)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Maridette Taina Schloe
1602 Patio Sierra
Bakersfield CA 93306

Michael H. Meyer
PO Box 28950
Fresno CA 93729-8950

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721

Marshall D. Moushigian
8225 N Yorktown Dr
Fresno CA 93720

Steven A. Alpert
6345 Balboa Blvd., Suite 247
Encino CA 91316

Candace J. Arroyo
15838 Wilderness Creek Ct
Leo IN 46765-9395