**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Gerald William Filice     **Case No.:** 18-27032 - C - 11
                                           **Docket Control No.**
                                           **Date:** 12/18/2018
                                           **Time:** 10:30 AM

**Matter:** Status Conference Re: Voluntary Petition - [1] - [1] - Chapter 11 Voluntary Petition Individual. Missing Document(s): Statement of Financial Affairs; Summary of Assets and Liabilities; Schedule A/B - Real and Personal Property; Schedule C - Exempt Property; Schedule D - Secured Creditors;Schedule E/F - Unsecured Claims; Schedule G - Exec. Contracts & Unexpired Leases; Schedule H - Codebtors; Schedule I - Current Income of Individual; Schedule J - Current Expenditures; 20 Largest Unsecured Creditors; Form 122B Statement of Current Monthly Income; Document(s) due by 11/21/2018. (pdes)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Jennifer Tillery**
**Reporter: Diamond Reporters**
**Department: C**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

Case dismissed

Findings of fact and conclusions of law stated orally on the record

  **The court will issue an order.**