**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 18-27032 - C - 11
Gerald William Filice,         ) Docket Control No.
              Debtor.          ) Document No. 1
                               ) Date: 12/18/2018
                               ) Time: 10:30 AM
                               ) DEPT: C
```

**Order**

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the case is dismissed without prejudice.

Dated: December 21, 2018

_____
United States Bankruptcy Judge

Status Conference Re: Voluntary Petition - [1] - [1] - Chapter 11 Voluntary Petition Individual. Missing Document(s): Statement of Financial Affairs; Summary of Assets and Liabilities; Schedule A/B - Real and Personal Property; Schedule C - Exempt Property; Schedule D - Secured Creditors;Schedule E/F - Unsecured Claims; Schedule G - Exec. Contracts & Unexpired Leases; Schedule H - Codebtors; Schedule I - Current Income of Individual; Schedule J - Current Expenditures; 20 Largest Unsecured Creditors; Form 122B Statement of Current Monthly Income; Document(s) due by 11/21/2018. (pdes)