# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Tena H. Robinson,<br>　　　　Debtor. | ) Case No. 18-23365 - E - 13<br>) Docket Control No. JB-1<br>) Document No. 29<br>) Date: 08/21/2018<br>) Time: 3:00 PM<br>) DEPT: E |

### Order

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

　　The Motion to Value Collateral and Secured Claim filed by Tena Robinson ("Debtor") having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

　　**IT IS ORDERED** that the hearing on the Motion pursuant to 11 U.S.C. § 506(a) to value the secured claim of Bosco Credit LLC ("Creditor"), a second in priority deed of trust, is continued to **3:00 p.m. on November 6, 2018.** On or before October 16, 2018, Creditor shall file and serve its evidence of value, and Replies, if any, filed and served on or before October 30, 2018. No other or further supplemental pleadings are authorized in this contested matter.

**Dated:** August 24, 2018

By the Court

_____
Ronald H. Sargis, Judge
United States Bankruptcy Court