RUSSELL D. GREER
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA 95353-3051
TELEPHONE (209) 576-1954

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

GERARDO YANEZ LARA
NORMA LYDIA CAMARENA
                            Debtor(s).

Case No.: 18-21661
D.C. No.: CLH-3

CHAPTER 13 PROCEEDING

DATE: OCTOBER 2, 2108
TIME: 10:00 AM
DEPT.: D

CHAPTER 13 STANDING TRUSTEE'S OPPOSITION TO DEBTORS'
MOTION TO CONFIRM SECOND AMENDED CHAPTER 13 PLAN

RUSSELL D. GREER, Chapter 13 Standing Trustee in the above referenced matter, opposes Debtors' Motion to Confirm Second Amended Chapter 13 plan on the following grounds:

I.
BASIS OF OPPOSITION

1. Trustee has requested copies of Debtors' 2017 Federal and State Tax Returns, as well as Debtors' 2017 Corporate Tax Returns. Until Trustee is able to review those documents, Trustee is unable to determine whether Debtors' Chapter 13 Plan is feasible. [11 U.S.C.§1325(a)(6)]

2. The Debtors' plan proposes the following monthly payments to secured creditors:

   a) Franklin Credit Management, Class 2, $4,041.11 per month, and

   b) Internal Revenue Service, Class 2, $521.70 per month.

These monthly payments total $4,562.81 per month, without Trustee compensation and expense, and with Trustee compensation and expense, total $5,069.79 per month. Debtors' plan payment in months 1 and 2 is only $2,600.00 per month. Accordingly, Debtors' Plan is not feasible. [11 U.S.C.§1325(a)(6)]

///

///

## II.

## **POINTS AND AUTHORITIES**

11 U.S.C. §1322(a) provides that a plan shall provide for certain payments to creditors and for payment of claims within specified classes. Pursuant to 11 U.S.C. §1325(a)(1) the Court shall confirm a plan if the plan complies with the provisions of Chapter 13 and with other applicable provisions of this title.

11 U.S.C. §1325(a) provides that the Court shall confirm a plan if certain criteria set forth in §1325(a) is met.

The debtors carry the burden of proving, by a preponderance of the evidence, that the plan complies with the statutory requirements of confirmation. In re Arnold and Baker Farms, 177 B.R. 648, 654 (9th Cir. BAP 1994), In re Warren, 89 B.R. 87, 93 (9th Cir. BAP 1988), In re Wolff, 22 B.R. 510, 512 (9th Cir. 1982).

**WHEREFORE**, the Trustee requests that the court deny the Motion to Confirm Second Amended Chapter 13 Plan.

Respectfully submitted,

Dated: 09/10/2018         /S/ LORRAINE W. CROZIER
                          LORRAINE W. CROZIER,
                          Attorney for Russell D. Greer,
                          Chapter 13 Standing Trustee