DAVID P. CUSICK, #160467, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In Re:

Tena H. Robinson

Debtor(s)

Case No:18-23365-E-13C
DCN: DPC-2

DECLARATION OF Talvinder Bambhra IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS CASE

DATE: January 09, 2019
TIME: 10:00 AM
JUDGE: RONALD H. SARGIS
COURTROOM: 33, 6TH FLOOR

I, Talvinder Bambhra, do hereby state and declare as follows:

1. I am over the age of eighteen years old and not a party to this action.

2. I am employed by David P. Cusick, Trustee, and in the course of my employment, I have become familiar with his records and procedures, and the records of this case, and I can testify as to both.

3. I have reviewed the Trustee's records and show that the debtor has paid a total of $9,800.00, with the last payment received on November 06, 2018. Trustee records reflect a total of $12,250.00 due to date under the Plan, so the debtor is delinquent $2,450.00.

//

1. I declare under penalty of perjury that the foregoing is true and correct.

2. Executed on December 10, 2018, at Folsom, California.

_____
Talvinder Bambhra