Kristin A. Zilberstein, Esq. (SBN 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Avenue
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
kzilberstein@ghidottilaw.com

Attorneys for Creditor
U.S. Bank Trust N.A., as Trustee of Bungalow Series F Trust c/o BSI Financial Services

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA  - SACRAMENTO DIVISION

| | |
|---|---|
| In Re: | ) Case No.: 14-25618 |
| | ) |
| Sheldon Irving Hirsh and Melanie Meilan | ) CHAPTER 13 |
| Hirsch, | ) |
| | ) **REQUEST FOR SPECIAL NOTICE** |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

TO:      UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL

          INTERESTED PARTIES

          **PLEASE TAKE NOTICE** that THE LAW OFFICES OF MICHELLE GHIDOTTI,

attorneys for U.S. Bank Trust N.A., as Trustee of Bungalow Series F Trust c/o BSI Financial

Services hereby requests special notice of all events relevant to the above referenced

bankruptcy and copies of all pleadings or documents filed in relation to the above referenced

bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure,

Rule 2002, the commencement of any adversary proceedings, the filing of any requests for

hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of

all matters which must be noticed to creditors, creditors' committees and parties-in-interest and

1   other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules

2   of the above-referenced bankruptcy court.

3        THE LAW OFFICES OF MICHELLE GHIDOTTI, requests that for all notice purposes

4   and for inclusion in the Master Mailing List in this case, the following address be used:

5   Kristin A. Zilberstein, Esq.
LAW OFFICES OF MICHELLE GHIDOTTI

6   1920 Old Tustin Ave
Santa Ana, CA 92705

7   Telephone (949) 427-2010 – Fax: (949) 427-2732
ecfnotifications@ghidottilaw.com

8

9        Neither this Request for Special Notice nor any subsequent appearance, pleading, claim,

10   proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a

11   waiver of the within party's:

12        a.     Right to have any and all final orders in any and all non-core matters entered

13   only after de novo review by a United States District Court Judge;

14        b.     Right to trial by jury in any proceeding as to any and all matters so triable

15   herein, whether or not the same be designated legal or private rights, or in any case,

16   controversy or proceeding related hereto, notwithstanding the designation or not of such

17   matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial

18   right is pursuant to statute or the United States Constitution;

19        c.     Right to have the reference of this matter withdrawn by the United States

20   District Court in any matter or proceeding subject to mandatory or discretionary withdrawal;

21   and

22        d.     Other rights, claims, actions, defenses, setoffs, recoupments or other matters to

23   which this party is entitled under any agreements at law or in equity or under the United States

24   Constitution.

25   ///

26   ///

27   ///

28   All of the above rights are expressly reserved and preserved by this party without exception and

1   with no purpose of confessing or conceding jurisdiction in any way by this filing or by any

2   other participation in these matters.

3

4                                              THE LAW OFFICES OF MICHELLE
                                               GHIDOTTI
5
6   Dated: June 28, 2018                       By:/s/ Kristin A. Zilberstein, Esq..
                                               KRISTIN A. ZILBERSTEIN
7                                              Attorneys for U.S. Bank Trust N.A., as Trustee of
                                               Bungalow Series F Trust c/o BSI Financial
8                                              Services

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28