DIANA J. CAVANAUGH SB#148582
Attorney at Law
2801 Concord Blvd.
Concord, CA 94519
(925) 827-9900

Attorney for Debtors
Sheldon Irving Hirsch and
Melanie Meilan Hirsch

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Bk. No. 14-25618-B-13J<br>DC No. DJC-12 |
| Sheldon Irving Hirsch,<br>SSN:xxx-xx-4009<br>Melanie Meilan Hirsch,<br>SSN:xxx-xx-6997 | Amended Notice of Hearing to Confirm Debtors' First Modified Chapter 13 Plan<br><br>Date: 8/7/2018<br>Time: 1:00PM<br>Place: US Bankruptcy Court, Courtroom 32, 6th floor, 501 I Street, Sacramento, CA 95814 |
| Debtors. | Judge: Hon. Christopher D. Jaime |

PLEASE TAKE NOTICE that on **8/7/2018** at 1:00PM at the United States Bankruptcy Court, Courtroom 32, 501 I Street, 6th Fl., Sacramento, California, the undersigned will bring on for Hearing this Motion by Debtors to Confirm their First Modified Chapter Plan filed June 26, 2018 before the Honorable Christopher D. Jaime, U.S. Bankruptcy Judge.

Pursuant to Local Rule 9014-1(f)(1), opposition, if any, to the granting of this motion shall be in writing and shall be served and filed with the Clerk not less than fourteen (14) calendar days preceding the date or continued date of the hearing. Opposition, if any, must be served upon the following parties and upon any party requesting special notice hereunder:

| | |
|---|---|
| 1 | Diana J. Cavanaugh, Esq. |
| 2 | Attorney at Law |
| | 2801 Concord Blvd. |
| 3 | Concord, CA 94519 |
| 4 | Jan P. Johnson |
| | Chapter 13 Trustee |
| 5 | P.O. Box 1708 |
| 6 | Sacramento, CA 95812 |
| 7 | United States Trustee |
| | 501 I Street, Room 7-500 |
| 8 | Sacramento, CA 95814 |

Please take further notice that should a party wishing to oppose the motion fail to comply with the foregoing, failure to do so may result in the Court confirming the plan.

DATED: June 28, 2018

*Diana J. Cavanaugh*
Diana J. Cavanaugh, Esq.
Law Offices of Diana J. Cavanaugh